```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
TATIANA SOKOLOVA,                     :
                                      :   23cv8155(DLC)
                    Plaintiff,        :
           -v-                        :   ORDER
                                      :
CITY OF NEW YORK, et al.,             :
                                      :
                    Defendants.       :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

On March 13, the defendants filed a motion to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). It is hereby

ORDERED that the plaintiff shall file her opposition to the motion by April 5. Defendants' reply, if any, must be filed by April 15. At the time any reply is served, the moving party shall supply two courtesy copies of all motion papers to Chambers by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         March 14, 2024

                                    _____
                                         DENISE COTE
                                    United States District Judge