UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
TATIANA SOKOLOVA,                        :
                                         :
                         Plaintiff,      :     23cv8155 (DLC)
            -v-                          :
                                         :         ORDER
CITY OF NEW YORK, et al.,                :
                                         :
                         Defendants.     :
                                         :
-----------------------------------------X

DENISE COTE, District Judge:

   As stated on the record on April 25, 2024, it is hereby

   ORDERED that the defendants' March 13, 2024 motion to dismiss is granted as to the plaintiff's Monell claim insofar as it relies on the defendants' failure to perform intake procedures to identify inmates with physical vulnerabilities or their failure to provide prompt medical attention.

   IT IS FURTHER ORDERED that the defendants' March 13 motion to stay this action pursuant to the Colorado River abstention doctrine is granted.  This action is stayed pending the resolution of Sokolova v. City of New York, et al., No. 808818/2023E (N.Y. Sup. Ct.).

Dated:   New York, New York
         April 25, 2024

                                    _____
                                           DENISE COTE
                                    United States District Judge