UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

TATIANA SOKOLOVA, guardian of VIACHESLAV KARGIN,

                              Plaintiff,

- against -

THE CITY OF NEW YORK; NEW YORK CITY HEALTH AND HOSPITALS CORPORATION ("HHC"); CAPTAIN HOWARD THOMPSON; CORRECTION OFFICER MOHAMMAD ULLAH; CORRECTION OFFICER FELICIA HARGRAVE; C.O.s JOHN AND JANE DOES 1 – 6, in their individual capacities; JOHN DOE 1 (INTAKE OFFICER); JOHN DOE 2 (INTAKE OFFICER HHC); JOHN DOE 3 (PLACEMENT OR CLASSIFICATION OFFICER),

                              Defendants.

**Index No. 23-cv-08155**

**NOTICE OF APPEAL**

-----------------------------------------------------------------------X

    Notice is hereby given that TATIANA SOKOLOVA, guardian of VIACHESLAV KARGIN, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from an order staying this action, entered on the 25th day of April, 2024.

                                        Dated: May 28, 2024
                                             New York, New York

                                            /s/ David B. Rankin_____

                                           David B. Rankin, Esq.
                                           *Counsel for Plaintiff*

                                           Beldock, Levine & Hoffman, LLP
                                           99 Park Avenue, PH/26th Floor
                                           New York, NY 10016
                                           Tel.: 212-277-5825
                                           Email: drankin@blhny.com